# Exhibit 2

Method Claim: 11

| US10114608B2 | Mubi ("The accused Product") |
|---|---|
| 11. A method of using a multi-mode media system operable at a given time in one of a first mode or a second mode, selectively, the first mode comprising operation as a system for accessing a media source co-housed with or connected to and operationally integrated with the multi-mode media system, the media source configured to access media content for playing by the multi-mode media system, and the second mode comprising operation of the | The accused product discloses a method of using a multi-mode media system (i.e., Mubi's Android and iOS app) operable at a given time in one of a first mode (i.e., Watch offline) or a second mode (i.e., Chromecast), selectively, the first mode (i.e., Watch offline) comprising operation as a system for accessing a media source (i.e., internal memory of the Mubi app) co-housed with or connected to and operationally integrated with the multi-mode media system (i.e., Mubi's Android and iOS app), the media source (i.e., internal memory of the Mubi app) configured to access media content (i.e., Films and series) for playing by the multi-mode media system (i.e., Mubi's Android and iOS app), and the second mode (i.e., Chromecast) comprising operation of the multi-mode media system (i.e., Mubi's Android and iOS app) for controlling over a network (i.e., WiFi network) a media source (i.e., Mubi's interactive film database) remote from the multi-mode media system (i.e., Mubi's Android and iOS app).<br><br>As shown below, the accused product Mubi (i.e., multi-mode media system) provides features of viewing such as viewing content when offline through downloads (i.e., first mode) and casting content to Smart TVs using Chromecast feature (i.e., second mode). Downloaded Films and series (i.e., media content) are stored in internal memory of the Mubi app (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) from which user can view them when offline. Also, the Chromecast feature allows casting of Films and series (i.e., media content) on Smart TVs and can be accessed through Mubi's interactive film database (i.e., media source remote from the multi-mode media system) by connecting mobile device and Chromecast to the same WiFi network (i.e., network). |

multi-mode media system for controlling over a network a media source remote from the multi-mode media system, comprising:



https://mubi.com/en/us

https://mubi.com/en/us



https://mubi.com/en/devices



 

https://mubi.com/en/devices



https://help.mubi.com/article/34-am-i-able-to-download-the-films-to-my-computer

## Can I download films to a memory card?

It is not possible to download films to external memory for security reasons. This means that you can only download films to your internal memory on the MUBI app.

https://help.mubi.com/article/1100-can-i-download-films-to-a-memory-card

## How long are downloaded films available for?

Downloaded films remain available on your app for 30 days. If you start watching your downloaded film, it will stay available for 48 hours. After this the download license will expire and you will need to renew the download in order to continue watching (you need an internet connection to do this).

https://help.mubi.com/article/1101-how-long-are-downloaded-films-available-for

## Can I stream films to my TV?

Our iOS app supports AirPlay streaming to Apple TV 4K or Apple TV HD as well AirPlay 2-compatible smart TVs. The AirPlay icon becomes available only when playing the film on the mobile app.

We also support Chromecast in our iOS and Android app. For the Chromecast to connect to the MUBI app, both the Chromecast and your mobile device need to be connected to the same WiFi network. You first need to connect your device to the Chromecast while on the film page (casting icon is located on the top right corner of the screen), and only after that press the Play button to watch the film.

You can also directly stream from other devices such as Smart TVs and media players. Click here for a full list of supported devices.

https://help.mubi.com/article/60-can-i-stream-films-to-my-tv

## Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch

## ∨ **What Services Work With Chromecast?**

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ⌄ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| (A) operating the multi-mode media system in a first mode, selectively, for accessing a | The accused product discloses that operating the multi-mode media system (i.e., Mubi's Android and iOS app) in a first mode (i.e., Watch offline), selectively, for accessing a media source (i.e., internal memory of the Mubi app) co-housed with or connected to and operationally integrated with the multi-mode media system (i.e., Mubi's Android and iOS app), wherein when operated in the first mode (i.e., Watch offline), the multi-mode media system (i.e., Mubi's Android and iOS app) performs operations of: |

| | |
|---|---|
| media source co-housed with or connected to and operationally integrated with the multi-mode media system, wherein when operated in the first mode, the multi-mode media system performs operations of: | As shown below, the accused product Mubi (i.e., multi-mode media system) provides features such as viewing content when offline through downloads (i.e., first mode). Downloaded Films and series (i.e., media content) are stored in internal memory of the Mubi app (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) from which user can view them when offline.<br><br><br><br>https://mubi.com/en/us |



https://mubi.com/en/us

https://mubi.com/en/devices



MUBI

CONTACT    RETURN TO MUBI.COM

Search

CATEGORIES

APPS

COMMUNITY

CONTENT

## Am I able to download the films to my computer?

Unfortunately, no. However, you can download films via our Android and iOS app and watch them offline.

https://help.mubi.com/article/34-am-i-able-to-download-the-films-to-my-computer

## Can I download films to a memory card?

It is not possible to download films to external memory for security reasons. This means that you can only download films to your internal memory on the MUBI app.

https://help.mubi.com/article/1100-can-i-download-films-to-a-memory-card

## How long are downloaded films available for?

Downloaded films remain available on your app for 30 days. If you start watching your downloaded film, it will stay available for 48 hours. After this the download license will expire and you will need to renew the download in order to continue watching (you need an internet connection to do this).

https://help.mubi.com/article/1101-how-long-are-downloaded-films-available-for

# Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch

| | |
|---|---|
| a. displaying user-selectable media metadata on a display of the multi-mode media system, at least one media content being associated with each displayed media metadata and being stored on and available from the media source for playing by the multi-mode media | The accused product discloses that displaying user-selectable media metadata on a display of the multi-mode media system (i.e., Mubi's Android and iOS app), at least one media content (i.e., Films and series) being associated with each displayed media metadata (i.e., Downloaded Films and series) and being stored on and available from the media source (i.e., internal memory of the Mubi app) for playing by the multi-mode media system (i.e., Mubi's Android and iOS app), and no selectable displayed media metadata (i.e., Downloaded Films and series) is associated with media content (i.e., Films and series) available from a separate media source (i.e., Mubi's interactive film database) remote from the multi-mode media system (i.e., Mubi's Android and iOS app).

As shown below, the accused product Mubi (i.e., multi-mode media system) provides features such as viewing content when offline through downloads (i.e., first mode). Downloaded Films and series (i.e., media content) are stored in internal memory of the Mubi app (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) from which user can view them when offline. Whereas the content available online through Mubi's interactive film database (i.e., media source remote from the multi-mode media system) is not presented on the |

| | |
|---|---|
| system, and no selectable displayed media metadata is associated with media content available from a separate media source remote from the multi-mode media system; | display.<br><br><br><br>https://mubi.com/en/us |



https://mubi.com/en/us

https://mubi.com/en/devices



CONTACT    RETURN TO MUBI.COM

CATEGORIES

APPS

COMMUNITY

CONTENT

## Am I able to download the films to my computer?

Unfortunately, no. However, you can download films via our Android and iOS app and watch them offline.

https://help.mubi.com/article/34-am-i-able-to-download-the-films-to-my-computer

## Can I download films to a memory card?

It is not possible to download films to external memory for security reasons. This means that you can only download films to your internal memory on the MUBI app.

https://help.mubi.com/article/1100-can-i-download-films-to-a-memory-card

## How long are downloaded films available for?

Downloaded films remain available on your app for 30 days. If you start watching your downloaded film, it will stay available for 48 hours. After this the download license will expire and you will need to renew the download in order to continue watching (you need an internet connection to do this).

https://help.mubi.com/article/1101-how-long-are-downloaded-films-available-for

<table>
<tr>
<td></td>
<td>

# Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch

</td>
</tr>
<tr>
<td>

b. receiving from a user a selection of media metadata from among the displayed media metadata, wherein the selection indicates to the multi-mode media system that the user is requesting that said multi-mode media system should play media content

</td>
<td>

The accused product discloses that receiving from a user a selection of media metadata (i.e., Downloaded Films and series) from among the displayed media metadata (i.e., Downloaded Films and series), wherein the selection indicates to the multi-mode media system (i.e., Mubi's Android and iOS app) that the user is requesting that said multi-mode media system (i.e., Mubi's Android and iOS app) should play media content (i.e., Films and series) associated with the selected media metadata (i.e., Downloaded Films and series).

As shown below, the accused product Mubi (i.e., multi-mode media system) provides features such as viewing content when offline through downloads (i.e., first mode). Downloaded Films and series (i.e., media content) are stored in internal memory of the Mubi app (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) from which user can view them when offline.

</td>
</tr>
</table>

associated with the selected media metadata, and



https://mubi.com/en/us

https://mubi.com/en/us



https://mubi.com/en/devices

https://help.mubi.com/article/34-am-i-able-to-download-the-films-to-my-computer

## Can I download films to a memory card?

It is not possible to download films to external memory for security reasons. This means that you can only download films to your internal memory on the MUBI app.

https://help.mubi.com/article/1100-can-i-download-films-to-a-memory-card

## How long are downloaded films available for?

Downloaded films remain available on your app for 30 days. If you start watching your downloaded film, it will stay available for 48 hours. After this the download license will expire and you will need to renew the download in order to continue watching (you need an internet connection to do this).

https://help.mubi.com/article/1101-how-long-are-downloaded-films-available-for

## Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

| | https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch |
|---|---|
| c. playing the selected media content on a first output device of the multi-mode media system; and | The accused product discloses that playing the selected media content (i.e., Films and series) on a first output device (i.e., iPhone, iPad, Android, or Tablet) of the multi-mode media system (i.e., Mubi's Android and iOS app).<br><br>As shown below, the accused product Mubi (i.e., multi-mode media system) provides features such as viewing content when offline through downloads (i.e., first mode). Downloaded Films and series (i.e., media content) are stored in internal memory of the Mubi app (i.e., media source co-housed with or connected to and operationally integrated with the multi-mode media system) from which user can view them when offline in iPhone, iPad, Android, or Tablet (i.e., first output device) comprising Mubi's Android and iOS app (i.e., multi-mode media system).<br><br> |

https://mubi.com/en/us



https://mubi.com/en/us

https://mubi.com/en/devices



## Am I able to download the films to my computer?

Unfortunately, no. However, you can download films via our Android and iOS app and watch them offline.

https://help.mubi.com/article/34-am-i-able-to-download-the-films-to-my-computer

# Can I download films to a memory card?

It is not possible to download films to external memory for security reasons. This means that you can only download films to your internal memory on the MUBI app.

https://help.mubi.com/article/1100-can-i-download-films-to-a-memory-card

# How long are downloaded films available for?

Downloaded films remain available on your app for 30 days. If you start watching your downloaded film, it will stay available for 48 hours. After this the download license will expire and you will need to renew the download in order to continue watching (you need an internet connection to do this).

https://help.mubi.com/article/1101-how-long-are-downloaded-films-available-for

| | |
|---|---|
| | # Why aren't all the films listed available to watch?<br><br>We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.<br><br>https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch |
| (B) operating the multi-mode media system in a second mode, selectively, for controlling over a network a media source remote from the multi-mode media system, wherein when operated in the second mode, the multi-mode media system performs | The accused product discloses that operating the multi-mode media system (i.e., Mubi's Android and iOS app) in a second mode (i.e., Chromecast), selectively, for controlling over a network (i.e., WiFi network) a media source (i.e., Mubi's interactive film database) remote from the multi-mode media system (i.e., Mubi's Android and iOS app), wherein when operated in the second mode (i.e., Chromecast), the multi-mode media system (i.e., Mubi's Android and iOS app) performs operations of.<br><br>As shown below, the accused product Mubi (i.e., multi-mode media system) provides features such as casting content to Smart TVs using Chromecast feature (i.e., second mode). The Chromecast feature allows casting of Films and series (i.e., media content) on Smart TVs and can be accessed through Mubi's interactive film database (i.e., media source remote from the multi-mode media system) by connecting mobile device and Chromecast to the same WiFi network (i.e., network). |

operations of:



https://mubi.com/en/us

https://mubi.com/en/us



https://mubi.com/en/devices

## Can I stream films to my TV?

Our iOS app supports AirPlay streaming to Apple TV 4K or Apple TV HD as well AirPlay 2-compatible smart TVs. The AirPlay icon becomes available only when playing the film on the mobile app.

We also support Chromecast in our iOS and Android app. For the Chromecast to connect to the MUBI app, both the Chromecast and your mobile device need to be connected to the same WiFi network. You first need to connect your device to the Chromecast while on the film page (casting icon is located on the top right corner of the screen), and only after that press the Play button to watch the film.

You can also directly stream from other devices such as Smart TVs and media players. Click here for a full list of supported devices.

https://help.mubi.com/article/60-can-i-stream-films-to-my-tv

## Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch

## ⌄ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ⌄ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| | |
|---|---|
| a. connecting, via a network interface, the multi-mode media system with a media | The accused product discloses that connecting, via a network interface (i.e., WiFi network), the multi-mode media system (i.e., Mubi's Android and iOS app) with a media source (i.e., Mubi's interactive film database) remote from the multi-mode media system (i.e., Mubi's Android and iOS app). As shown below, the accused product Mubi (i.e., multi-mode media system) provides |

| source remote from the multi-mode media system, | features such as casting content to Smart TVs using Chromecast feature (i.e., second mode). The Chromecast feature allows casting of Films and series (i.e., media content) on Smart TVs and can be accessed online through Mubi's interactive film database (i.e., media source remote from the multi-mode media system) which serves as a catalogue by connecting mobile device and Chromecast to the same WiFi network (i.e., network interface).  https://mubi.com/en/us |



ANY FILM.
ANY SCREEN.
ANY TIME.
ANY WHERE.

https://mubi.com/en/us



## ON THE BIG SCREEN

Watch on up to 5 devices
2 screens at the same time
Google Cast and Apple AirPlay

 

https://mubi.com/en/devices

## Can I stream films to my TV?

Our iOS app supports AirPlay streaming to Apple TV 4K or Apple TV HD as well AirPlay 2–compatible smart TVs. The AirPlay icon becomes available only when playing the film on the mobile app.

We also support Chromecast in our iOS and Android app. For the Chromecast to connect to the MUBI app, both the Chromecast and your mobile device need to be connected to the same WiFi network. You first need to connect your device to the Chromecast while on the film page (casting icon is located on the top right corner of the screen), and only after that press the Play button to watch the film.

You can also directly stream from other devices such as Smart TVs and media players. Click here for a full list of supported devices.

https://help.mubi.com/article/60-can-i-stream-films-to-my-tv

# Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch

## ⌄ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

| | |
|---|---|
| | ## ⌄ **What Makes Chromecast Stream to Your TV?** <br><br>  <br> A demo of the Chromecast being controlled from a Google Nexus 7 tablet. <br> © JUSTIN SULLIVAN/GETTY IMAGES <br><br> Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers. <br><br> One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server. <br><br> https://electronics.howstuffworks.com/chromecast.htm |
| b. sending, using the network interface, a request for media metadata from the multi-mode | The accused product discloses that sending, using the network interface (i.e., WiFi network), a request for media metadata (i.e., Film page of Films and series) from the multi-mode media system (i.e., Mubi's Android and iOS app) to the remote media source (i.e., Mubi's interactive film database). <br><br> As shown below, the accused product Mubi (i.e., multi-mode media system) provides |

| media system to the remote media source, | features such as casting content to Smart TVs using Chromecast feature (i.e., second mode). The Chromecast feature allows casting of Films and series (i.e., media content) on Smart TVs and can be accessed online through Mubi's interactive film database (i.e., remote media source) which serves as a catalogue by connecting mobile device and Chromecast to the same WiFi network (i.e., network interface). Films and series (i.e., media metadata) available in Mubi's interactive film database (i.e., remote media source ) which serves as a catalogue, can be found in "Now Showing" homepage or can be searched in Mubi's Android and iOS app (i.e., request for media metadata from the multi-mode media system) showing the Film page of Films and series (i.e., media metadata).  https://mubi.com/en/us |
|---|---|



[https://mubi.com/en/us](https://mubi.com/en/us)



## ON THE BIG SCREEN

Watch on up to 5 devices
2 screens at the same time
Google Cast and Apple AirPlay



https://mubi.com/en/devices

## Can I stream films to my TV?

Our iOS app supports AirPlay streaming to Apple TV 4K or Apple TV HD as well AirPlay 2-compatible smart TVs. The AirPlay icon becomes available only when playing the film on the mobile app.

We also support Chromecast in our iOS and Android app. For the Chromecast to connect to the MUBI app, both the Chromecast and your mobile device need to be connected to the same WiFi network. You first need to connect your device to the Chromecast while on the film page (casting icon is located on the top right corner of the screen), and only after that press the Play button to watch the film.

You can also directly stream from other devices such as Smart TVs and media players. Click here for a full list of supported devices.

https://help.mubi.com/article/60-can-i-stream-films-to-my-tv

# Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch

## ∨ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

| | |
|---|---|
| | **∨ What Makes Chromecast Stream to Your TV?** <br><br>  <br> A demo of the Chromecast being controlled from a Google Nexus 7 tablet. <br> © JUSTIN SULLIVAN/GETTY IMAGES <br><br> Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers. <br><br> One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server. <br><br> https://electronics.howstuffworks.com/chromecast.htm |
| c. receiving at the multi-mode media system, using the network interface, media metadata from | The accused product discloses that receiving at the multi-mode media system (i.e., Mubi's Android and iOS app), using the network interface (i.e., WiFi network), media metadata (i.e., Film page of Films and series) from the remote media source (i.e., Mubi's interactive film database), the media metadata (i.e., Film page of Films and series) associated with and indicating media content (i.e., Films and series) available from the remote media source (i.e., Mubi's interactive film database). |

| the remote media source, the media metadata associated with and indicating media content available from the remote media source, | As shown below, the accused product Mubi (i.e., multi-mode media system) provides features such as casting content to Smart TVs using Chromecast feature (i.e., second mode). The Chromecast feature allows casting of Films and series (i.e., media content) on Smart TVs and can be accessed online through Mubi's interactive film database (i.e., remote media source) which serves as a catalogue by connecting mobile device and Chromecast to the same WiFi network (i.e., network interface). Films and series (i.e., media metadata associated with and indicating media content) available in Mubi's interactive film database (i.e., remote media source) which serves as a catalogue, can be found in "Now Showing" homepage or can be searched in Mubi's Android and iOS app (i.e., multi-mode media system) showing the Film page of Films and series (i.e., media metadata associated with and indicating media content).<br><br><br>https://mubi.com/en/us |



ANY FILM.
ANY SCREEN.
ANY TIME.
ANY WHERE.

https://mubi.com/en/us



## ON THE BIG SCREEN

Watch on up to 5 devices
2 screens at the same time
Google Cast and Apple AirPlay

 

https://mubi.com/en/devices

## Can I stream films to my TV?

Our iOS app supports AirPlay streaming to Apple TV 4K or Apple TV HD as well AirPlay 2-compatible smart TVs. The AirPlay icon becomes available only when playing the film on the mobile app.

We also support Chromecast in our iOS and Android app. For the Chromecast to connect to the MUBI app, both the Chromecast and your mobile device need to be connected to the same WiFi network. You first need to connect your device to the Chromecast while on the film page (casting icon is located on the top right corner of the screen), and only after that press the Play button to watch the film.

You can also directly stream from other devices such as Smart TVs and media players. Click here for a full list of supported devices.

https://help.mubi.com/article/60-can-i-stream-films-to-my-tv

# Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch

## ∨ **What Services Work With Chromecast?**

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.
https://electronics.howstuffworks.com/chromecast.htm

## ⌄ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| | |
|---|---|
| d. displaying, on a display of the multi-mode media system, at least one received media | The accused product discloses that displaying, on a display of the multi-mode media system (i.e., Mubi's Android and iOS app), at least one received media metadata (i.e., Film page of Films and series).<br><br>As shown below, the accused product Mubi (i.e., multi-mode media system) provides features such as casting content to Smart TVs using Chromecast feature (i.e., second |

| | |
|---|---|
| metadata, and | mode). The Chromecast feature allows casting of Films and series (i.e., media content) on Smart TVs and can be accessed online through Mubi's interactive film database (i.e., remote media source) which serves as a catalogue. Films and series (i.e., media metadata) available in Mubi's interactive film database (i.e., remote media source) which serves as a catalogue, can be found in "Now Showing" homepage or can be searched in Mubi's Android and iOS app (i.e., multi-mode media system) showing the Film page of Films and series (i.e., media metadata).<br><br><br><br>https://mubi.com/en/us |



ANY FILM.
ANY SCREEN.
ANY TIME.
ANY WHERE.

https://mubi.com/en/us



**ON THE BIG SCREEN**

Watch on up to 5 devices
2 screens at the same time
Google Cast and Apple AirPlay

 

https://mubi.com/en/devices

## Can I stream films to my TV?

Our iOS app supports AirPlay streaming to Apple TV 4K or Apple TV HD as well AirPlay 2-compatible smart TVs. The AirPlay icon becomes available only when playing the film on the mobile app.

We also support Chromecast in our iOS and Android app. For the Chromecast to connect to the MUBI app, both the Chromecast and your mobile device need to be connected to the same WiFi network. You first need to connect your device to the Chromecast while on the film page (casting icon is located on the top right corner of the screen), and only after that press the Play button to watch the film.

You can also directly stream from other devices such as Smart TVs and media players. Click here for a full list of supported devices.

https://help.mubi.com/article/60-can-i-stream-films-to-my-tv

# Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch

## ⌄ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ⌄ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| e. generating a signal in response to a user selection of at least one displayed media | The accused product discloses that generating a signal in response to a user selection of at least one displayed media metadata (i.e., Film page of Films and series), the multi-mode media system (i.e., Mubi's Android and iOS app) sending using the network interface (i.e., WiFi network) the corresponding signal to the remote media source (i.e., Mubi's interactive film database), wherein the corresponding signal includes at least media content metadata (i.e., Film page of Films and series) available from the remote |

| | |
|---|---|
| metadata, the multi-mode media system sending using the network interface the corresponding signal to the remote media source, wherein the corresponding signal includes at least media content metadata available from the remote media source such that the remote media source responds to the corresponding signal by accessing the identified selected media content and once accessed, sends the identified media content directly to a second output device separate | media source (i.e., Mubi's interactive film database) such that the remote media source (i.e., Mubi's interactive film database) responds to the corresponding signal by accessing the identified selected media content (i.e., Films and series) and once accessed, sends the identified media content (i.e., Films and series) directly to a second output device (i.e., Smart TV) separate from the multi-mode media system (i.e., Mubi's Android and iOS app) without said media content (i.e., Films and series) passing through the multi-mode media system (i.e., Mubi's Android and iOS app) before reaching the second output device (i.e., Smart TV).<br><br>As shown below, the accused product Mubi (i.e., multi-mode media system) provides features such as casting content to Smart TVs using Chromecast feature (i.e., second mode). The Chromecast feature allows casting of Films and series (i.e., media content) on Smart TVs (i.e., second output device) and can be accessed online through Mubi's interactive film database (i.e., remote media source) which serves as a catalogue by connecting mobile device and Chromecast to the same WiFi network (i.e., network interface). Films and series (i.e., media content metadata) available in Mubi's interactive film database (i.e., remote media source) which serves as a catalogue, can be found in "Now Showing" homepage or can be searched in Mubi's Android and iOS app (i.e., multi-mode media system) showing the Film page of Films and series (i.e., media content metadata). After connecting the device to the Chromecast, on the film page, the Play button should be pressed to watch the film on Smart TV (i.e., second output device).<br><br>Chromecast works by plugging into the Smart TV's (i.e., second output device) HDMI port, connecting to same WiFi network (i.e., network interface), and cast Films and series from iPhone, iPad, Android, or Tablet to the Smart TV using Mubi's Android and iOS app , directly from Mubi's interactive film database (i.e., remote media source) which serves as a catalogue, to Smart TV. |

from the multi-mode media system without said media content passing through the multi-mode media system before reaching the second output device;



https://mubi.com/en/us

https://mubi.com/en/us



second output device

## ON THE BIG SCREEN

Watch on up to 5 devices
2 screens at the same time
Google Cast and Apple AirPlay



https://mubi.com/en/devices

## Can I stream films to my TV?

Our iOS app supports AirPlay streaming to Apple TV 4K or Apple TV HD as well AirPlay 2-compatible smart TVs. The AirPlay icon becomes available only when playing the film on the mobile app.

We also support Chromecast in our iOS and Android app. For the Chromecast to connect to the MUBI app, both the Chromecast and your mobile device need to be connected to the same WiFi network. You first need to connect your device to the Chromecast while on the film page (casting icon is located on the top right corner of the screen), and only after that press the Play button to watch the film.

You can also directly stream from other devices such as Smart TVs and media players. Click here for a full list of supported devices.

https://help.mubi.com/article/60-can-i-stream-films-to-my-tv

## Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch

## ∨ What Services Work With Chromecast?

At launch, not much besides Netflix and YouTube worked on Chromecast, but many other services have become integrated with the device since then, including video, music, news, media storage and sharing apps, productivity tools and games. Many of them require paid subscriptions to third-party providers.

Neither the Chromecast nor the Chromecast with Google TV require a special app for casting. Instead, developers use Google's Software Development Kit (SDK) to build compatibility into the apps themselves. Casting requires WiFi, and Google cautions that if you have more than one network in your home, you must be sure that both the device and the Chromecast are on the same WiFi network.

That's also true if you're streaming from the Chrome browser to your TV.

https://electronics.howstuffworks.com/chromecast.htm

## ⌄ **What Makes Chromecast Stream to Your TV?**



A demo of the Chromecast being controlled from a Google Nexus 7 tablet.
© JUSTIN SULLIVAN/GETTY IMAGES

Chromecast gets content to your TV screen from a remote device in part by using something called the DIAL (Discovery And Launch) protocol. DIAL was developed jointly by Netflix and YouTube, which is owned by Google. DIAL is free for others to use and is used in devices and apps by many manufacturers and content providers.

One of Chromecast's components, the DIAL Service Discovery protocol, uses Simple Service Discovery Protocol (SSDP) version 1.1, which is defined by UPnP (Universal Plug and Play), to allow a DIAL client device to locate a DIAL server device running on the same network. The other component, the DIAL REST (representational state transfer) Service, is then accessed to query, launch or stop applications using HTTP (hypertext transfer protocol) requests from the client device to the server device. In the case of Chromecast, your phone, tablet or computer is the client and the Chromecast itself is the server.

https://electronics.howstuffworks.com/chromecast.htm

| wherein the multi-mode media system is not operable in both the first and second modes | The accused product discloses that the multi-mode media system (i.e., Mubi's Android and iOS app) is not operable in both the first (i.e., Watch offline) and second modes (i.e., Chromecast) simultaneously nor operable exclusively only in a single one of such modes (i.e., Offline viewing and Chromecast).<br><br>As shown below, the accused product Mubi (i.e., multi-mode media system) provides |

| | |
|---|---|
| simultaneously nor operable exclusively only in a single one of such modes. | features such as viewing Films and series when offline through downloads (i.e., first mode) and casting them to Smart TV using Chromecast feature (i.e., second mode). Both the features are independent of each other and are used separately.<br><br><br><br>https://mubi.com/en/us |



https://mubi.com/en/us

https://mubi.com/en/devices



https://mubi.com/en/devices

https://help.mubi.com/article/34-am-i-able-to-download-the-films-to-my-computer

## Can I download films to a memory card?

It is not possible to download films to external memory for security reasons. This means that you can only download films to your internal memory on the MUBI app.

https://help.mubi.com/article/1100-can-i-download-films-to-a-memory-card

## How long are downloaded films available for?

Downloaded films remain available on your app for 30 days. If you start watching your downloaded film, it will stay available for 48 hours. After this the download license will expire and you will need to renew the download in order to continue watching (you need an internet connection to do this).

https://help.mubi.com/article/1101-how-long-are-downloaded-films-available-for

## Can I stream films to my TV?

Our iOS app supports AirPlay streaming to Apple TV 4K or Apple TV HD as well AirPlay 2-compatible smart TVs. The AirPlay icon becomes available only when playing the film on the mobile app.

We also support Chromecast in our iOS and Android app. For the Chromecast to connect to the MUBI app, both the Chromecast and your mobile device need to be connected to the same WiFi network. You first need to connect your device to the Chromecast while on the film page (casting icon is located on the top right corner of the screen), and only after that press the Play button to watch the film.

You can also directly stream from other devices such as Smart TVs and media players. Click here for a full list of supported devices.

https://help.mubi.com/article/60-can-i-stream-films-to-my-tv

## Why aren't all the films listed available to watch?

We have an interactive film database where we aim to catalogue every movie ever made, regardless of whether or not it's currently available to watch on MUBI. The number of films in our database increases daily through our community contributions. Hundreds of these titles will be available to watch at any given time, and these can be found in our Now Showing homepage as well as our Search.

| | https://help.mubi.com/article/28-why-arent-all-the-films-listed-on-mubi-com-available-to-watch |